# RUBINSTEIN & COROZZO, LLP
COUNSELORS AT LAW

RONALD RUBINSTEIN
JOSEPH R. COROZZO
———
CARLA SANDERSON

260 MADISON AVENUE
22ND FLOOR
NEW YORK, N.Y. 10016

TELEPHONE (212) 545-8777
FAX (212) 679-1844

November 18, 2011

The Honorable Judge Ramon E. Reyes, Jr.
United States District Court Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re: *USA v. Carmine Persico,* **1:11-mj-01050**

Dear Judge Reyes:

  I am writing to request this Court to modify Mr. Carmine Persico's bail conditions to allow him to spend Wednesday November 23, 2011 from 4pm through 9pm and Thursday November 24, 2011 from 12pm through 8pm at the house of his girlfriend, Laura Keller, to celebrate Thanksgiving. Ms. Keller lives at 82 Gates Avenue, Valley Stream, New York 11581.

  In addition, Mr. Persico requests the Court modify his bail conditions to exclude his brother, Daniel Persico, from the category of members and associates of organized crime Carmine Persico may not have contact with. If granted, Mr. Persico requests permission to visit the home of Daniel Persico on Sunday, November 27 from 11am through 4pm. Mr. Daniel Persico lives at 6615 Wallaston Court, Brooklyn, New York 11204.

  Supervisor Patrick Mancini of Pretrial Services and the Government (AUSA Elizabeth Geddes) have consented to these requests.

                Very truly yours,

                Joseph Corozzo