# RUBINSTEIN & COROZZO, LLP
COUNSELORS AT LAW

RONALD RUBINSTEIN
JOSEPH R. COROZZO

CARLA SANDERSON

260 MADISON AVENUE
22ND FLOOR
NEW YORK, N.Y. 10016

TELEPHONE (212) 545-8777
FAX (212) 679-1844

November 21, 2011

The Honorable Judge Ramon E. Reyes, Jr.
United States District Court Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re: *USA v. Carmine Persico,* 1:11-mj-01050

Dear Judge Reyes:

  I am writing to request this Court modify Mr. Carmine Persico's bail conditions to allow him to stay at his girlfriend's home until 12am on Thursday 24, 2011, Thanksgiving day. This Court previously granted Mr. Persico's request to stay until 8pm on November 18, 2011 at the house of his girlfriend, Laura Keller, to celebrate Thanksgiving. Ms. Keller lives at 82 Gates Avenue, Valley Stream, New York 11581.

  Pre-trial services officer Arthur Bobyak and the Government (AUSA Elizabeth Geddes) have consented to this request.

           Very truly yours,

           /s/ Joseph Corozzo
           Joseph Corozzo

cc: All United States Attorneys via ECF
   Pretrial Officer Arthur Bobyak via facsimile (631) 712-6415