# RUBINSTEIN & COROZZO, LLP
COUNSELORS AT LAW

RONALD RUBINSTEIN
JOSEPH R. COROZZO

CARLA SANDERSON

260 MADISON AVENUE
22ND FLOOR
NEW YORK, N.Y. 10016

TELEPHONE (212) 545-8777
FAX (212) 679-1844

November 29, 2011

The Honorable Judge Ramon E. Reyes, Jr.
United States District Court Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:  *USA v. Carmine Persico,* **1:11-mj-01050**

Dear Judge Reyes:

I am writing to request this Court modify Mr. Carmine Persico's bail conditions to permit him to attend a celebratory dinner at a restaurant in Nassau County on Friday, December 2, 2011 from 6:00pm – 10:00pm.

Pre-trial services officer Arthur Bobyak and the Government (AUSA Elizabeth Geddes) have consented to this request.

Very truly yours,

/s/Joseph Corozzo
Joseph Corozzo

cc:  All United States Attorneys via ECF
     Pretrial Officer Arthur Bobyak via facsimile (631) 712-6415