# RUBINSTEIN & COROZZO, LLP
COUNSELORS AT LAW

RONALD RUBINSTEIN
JOSEPH R. COROZZO
———
CARLA SANDERSON

260 MADISON AVENUE
22ND FLOOR
NEW YORK, N.Y. 10016

TELEPHONE (212) 545-8777
FAX (212) 679-1844

December 16, 2011

The Honorable Judge Ramon E. Reyes, Jr.
United States District Court Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    *USA v. Carmine Persico,* **1:11-mj-01050**

Dear Judge Reyes:

    I am writing to request this Court modify Mr. Carmine Persico's bail conditions to permit him to spend time on Christmas Eve, Christmas Day, and New Year's Eve at the home of his girlfriend, Laura Keller. Ms. Keller lives in Nassau County, New York. The government and pre-trial services have her specific address. The times requested by Mr. Persico are December 24 from 12:00pm-12:00am, December 25 from 8:00am-1:00pm, and December 31 from 6:00pm-2:00am.

    Pre-trial services officer Arthur Bobyak and the Government (AUSA Elizabeth Geddes) have consented to this request.

                          Very truly yours,

                          /s/Joseph Corozzo
                          Joseph Corozzo

cc:    All United States Attorneys via ECF
        Pretrial Officer Arthur Bobyak via facsimile (631) 712-6415